IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-40040-03-GPM |
| ) | |
| DOUGLAS FRICHTL, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant Douglas Frichtl pleaded guilty to Count 1 only of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for April 21, 2008, at 9:00 a.m. at the East St. Louis, Illinois Courthouse. The Government will move for dismissal of all remaining counts at sentencing.

**IT IS SO ORDERED.**

DATED: 02/11/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge